UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK
Utica DIVISION

In re:

PUFFER, THOMAS M.
PUFFER, MARY E.

Debtors.

Chapter 7

Case No. 09-61534 DD

**STATEMENT OF
SMALL DIVIDENDS**

| Claim No. | Creditor Name and Address | Amount Allowed | Dividend |
|---|---|---|---|
| 3 | Time Warner Cable<br>Division Office, 120 Plaza Drive, Suite D<br>Vestal, NY 13850 | $26.20 | $2.48 |

**TOTAL SMALL DIVIDENDS:**                                         $    2.48

Dated: August 30, 2011

THOMAS PAUL HUGHES
Trustee
23 Oxford Road
New Hartford, NY  13413
(315) 223-3043

**FILED**

AUG 3 0 2011

OFFICE OF THE BANKRUPTCY CLERK
UTICA, NY